# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation* <br><br> This Document Relates to: <br><br><br> *In re: Shale Oil/WTI Crude Oil Futures & Derivatives Litigation* <br> Case No. 1:25-cv-00447 | Case No.: 1:24-md-03119-MLG-LF <br><br> Judge Matthew L. Garcia |

### UNOPPOSED MOTION FOR ORDER GRANTING AMENDED STIPULATED SCHEDULE FOR THE PROPOSED FUTURES & DERIVATIVES CLASS

Plaintiffs 3Red Partners LLC and William Basinski ("Plaintiffs") respectfully move this Court to enter the proposed Order Granting Amended Stipulated Schedule for the Proposed Futures & Derivatives Class, attached as Exhibit 1 to this motion. As noted in Paragraph 5 of the attached proposed order, to ensure efficiency and preserve judicial resources, counsel for Plaintiffs and Defendants met and conferred on case management issues, came to agreements on scheduling and preliminary matters, and move the Court to enter the Order that memorializes the Parties' stipulations.

In compliance with District of New Mexico Local Rule 7.1(a), counsel for Plaintiffs conferred with counsel for Defendants who concur in the motion.

Respectfully submitted,

**PEIFER, HANSON, MULLINS & BAKER, P.A.**
*/s/ Matthew M. Beck*
Matthew M. Beck
20 First Plaza Center, Suite 725
Albuquerque, NM 87102
Tel.: (505) 247-4800
mbeck@peiferlaw.com

**KIRBY McINERNEY LLP**
David E. Kovel (*pro hac vice*)
Sarah E. Flohr (*pro hac vice*)
James A. Isacks (*pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
dkovel@kmllp.com
sflohr@kmllp.com
jisacks@kmllp.com

Anthony F. Fata (*pro hac vice*)
Cormac H. Broeg (*pro hac vice*)
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
afata@kmllp.com
cbroeg@kmllp.com

**LOWEY DANNENBERG, P.C.**
Vincent Briganti (*pro hac vice forthcoming*)
Raymond Girnys
Peter Demato (*pro hac vice forthcoming*)
Nicole A. Veno (*pro hac vice forthcoming*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
pdemato@lowey.com
nveno@lowey.com

**BURKE LLP**
Christopher Burke
Yifan (Kate) Lv (*pro hac vice forthcoming*)
402 W. Broadway, Suite 1890
San Diego, CA 92101
Phone: (619) 369-8244
cburke@burke.law
klv@burke.law

THE WARD LAW FIRM
Vincent J. Ward
P.O. Box 7940
Albuquerque, NM 87194
Phone: (505) 944-9454
vincent@wardlaw.com

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2025, I filed the foregoing using the Court's CM/ECF system, which will send notice of the electronic filing to all counsel of record receiving electronic notifications.

*/s/ Matthew M. Beck*
Matthew M. Beck